

# IN THE
# TENTH COURT OF APPEALS

No. 10-11-00045-CR

MARCUS CAIN,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2009-1506-C1

## ORDER

On January 14, 2019, Marcus Cain filed a motion to enforce this Court's judgment stating that the District Clerk was incorrectly assessing his fees. This Court requested a response from the State, and the State filed a response on February 5, 2019. Cain should have received a copy of that response. The State's response appears to resolve Cain's questions about the fees. Therefore, the motion to enforce the judgment is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Neill
Motion dismissed as moot
Order issued and filed March 6, 2019

